# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RYAN BRUCE
1011 LAGUNA DRIVE
MCHENRY, IL 60050

SSN-xxx-xx-8713

Case Number: 07-72684

Case filed on: 11/2/2007
Plan Confirmed on:

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $10,728.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 3,774.00 | 3,774.00 | 3,500.00 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 3,500.00 | 0.00 |
| 999 | RYAN BRUCE | 0.00 | 0.00 | 4,854.55 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4,854.55 | 0.00 |
| 001 | AMERICAN EAGLE BANK | 7,000.00 | 7,000.00 | 1,560.57 | 355.63 |
| 002 | GMAC MORTGAGE | 52,678.92 | 52,678.92 | 0.00 | 0.00 |
|  | Total Secured | 59,678.92 | 59,678.92 | 1,560.57 | 355.63 |
| 003 | INFIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FIRST NATIONAL CREDIT CARD CENTER | 1,930.17 | 1,930.17 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 47.93 | 47.93 | 0.00 | 0.00 |
|  | Total Unsecured | 1,978.10 | 1,978.10 | 0.00 | 0.00 |
|  | Grand Total: | 65,431.02 | 65,431.02 | 9,915.12 | 355.63 |

Total Paid Claimant: $10,270.75
Trustee Allowance: $457.25
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/30/2008          By /s/Heather M. Fagan